# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 13-33497 |
| Douglas Mcbryde } | |
| Judy Mcbryde } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor(s) filed this case on December 31, 2013.

2. Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee because he was out of work and had trouble finding new employment.

3. The debtor(s) is now able to resume payments to the Trustee because he is now working full time again.

Wherefore, premises considered, the debtor(s) object to the case being dismissed

Respectfully submitted this the 22 day of November, 2016.

/s/ Richard D. Shinbaum
ASB-8638-B54R
*Richard D. Shinbaum*

*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 22 day of November, 2016.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

/s/ Richard D. Shinbaum
ASB-8638-B54R

*Richard D. Shinbaum*